# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JORDAN M.,**

      **Plaintiff,**      :

  v.                             **Case No. 2:23-cv-1733**
                                     **Judge Sarah D. Morrison**
                                     **Magistrate Judge Kimberly A. Jolson**

**COMMISSIONER OF**
**SOCIAL SECURITY,**      :

      **Defendant.**

## ORDER

This matter is before the Court on the December 5, 2024 Report and Recommendation issued by the Magistrate Judge. (ECF No. 10.) The time for filing objections has passed, and no objections have been filed. Accordingly, the Court hereby **ADOPTS** and **AFFIRMS** the Report and Recommendation. For the reasons set forth therein, the Commissioner's decision is **AFFIRMED**. The Clerk is **DIRECTED** to **TERMINATE** this case from the docket.

    **IT IS SO ORDERED.**

                                        /s/ Sarah D. Morrison
                                        **SARAH D. MORRISON**
                                        **UNITED STATES DISTRICT JUDGE**